# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| SPARTAN COMPOSITES, LLC, d/b/a FODS, AND SPARTAN MAT, LLC, § § § *Plaintiffs,* § v. § § SIGNATURE SYSTEMS GROUP, LLC, § § *Defendant.* § | Civil Action No. 4:24-cv-609 Judge Mazzant |

## MEMORANDUM ORDER

Pending before the Court is Defendant Signature Systems Group, LLC's Corrected Motion for Judgment as a Matter of Law (Dkt. #223) (the "Motion"). Having considered the Motion and the relevant pleadings, the Court finds that the Motion should be **DENIED as moot**.

Defendant, in accordance with Federal Rule of Civil Procedure 50(a), orally motioned the Court for a judgment as a matter of law after Plaintiffs rested and prior to the Court's submission of the action to the jury. The Court overruled the oral motion before submitting the action to the jury but invited Defendant to submit additional briefing related to the motion. The present Motion is a direct result of this Court's prior ruling and invitation and must therefore be denied as moot.

It is therefore **ORDERED** that Defendant Signature Systems Group, LLC's Corrected Motion for Judgment as a Matter of Law (Dkt. #223) is hereby **DENIED as moot**.

**IT IS SO ORDERED**.

SIGNED this 24th day of November, 2025.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE